# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MATTHEW T GANTT,<br><br>      Petitioner,<br><br> v.<br><br>CLALLAM BAY CORRECTIONS,<br><br>      Respondent. | Case No. C21-5856 DGE-TLF<br><br>REPORT AND RECOMMENDATION<br><br>Noted for January 28, 2022 |

Petitioner, Matthew T. Gantt, is *pro se* in this federal habeas corpus action brought pursuant to 28 U.S.C. § 2254. Dkt. 1. After reviewing the petition, the Court declined to serve the petition but gave petitioner an opportunity to show cause why this case should not be dismissed. Dkt. 4. Petitioner has filed a response to the Court's order. Dkt. 5. The Court should dismiss the petition without prejudice.

The petition in this action indicates that petitioner is seeking damages for physical injuries suffered while at Pierce County Jail. Dkt. 1-2 at 12-14. The Court issued an Order to Show Cause explaining that a prisoner may only use habeas corpus when they seek to challenge the fact or duration of their physical imprisonment. Dkt. 4 at 2 (citing *Wilkinson v. Dotson*, 544 U.S. 74, 81 (2005); *Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991)). Petitioner has informed the Court that petitioner mistakenly filed this action as a habeas petition instead of a civil rights complaint. Dkt. 5. Accordingly, petitioner requests that the Court dismiss the petition. Dkt. 5.

REPORT AND RECOMMENDATION - 1

Based on the foregoing, and pursuant to Fed. R. Civ. P. 41(a)(1), the Court should grant petitioner's request to voluntarily dismiss this petition without prejudice.

A petitioner seeking post-conviction relief under § 2254 may appeal a district court's dismissal of his federal habeas petition only after obtaining a certificate of appealability from a district or circuit judge. A certificate of appealability may issue only where a petitioner has made "a substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(3). A petitioner satisfies this standard "by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). Under the above standard, it appears that petitioner agrees to this dismissal, and this Court should **deny a certificate of appealability.**

The parties have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); Federal Rule of Civil Procedure (FRCP) 72(b); *see also* FRCP 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the above time limit, the Clerk shall set this matter for consideration on January 28, 2022, as noted in the caption.

Dated this 13th day of January, 2022.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2