UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW T GANTT,<br><br>    Petitioner,<br><br>v.<br><br>CLALLAM BAY CORRECTIONS,<br><br>    Respondent. | Case No. 3:21-cv-5856-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation, the Petition for Writ of *Habeas Corpus* and the remaining record, hereby finds and ORDERS:

(1)  The Magistrate Judge's Report and Recommendation (Dkt. No. 6) is ADOPTED.

(2)  Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1-2) is DISMISSED without prejudice.

(3)  A certificate of appealability is DENIED.

(4)  The Clerk is directed to send copies of this Order to petitioner and to any other party that has appeared in this action.

Dated this 3rd day of February 2022.

             David G. Estudillo
             United States District Judge